ACCEPTED
03-13-00576-CV
4778435
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 4:38:12 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00576-CV

# In the Court of Appeals
# for the Third Judicial District
# at Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 4:38:12 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS
AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants,*

v.

IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY,
*Appellee.*

On Appeal from the
126th Judicial District Court of Travis County, Texas

## REPORT REGARDING STATUS OF ABATEMENT

TO THE HONORABLE THIRD COURT OF APPEALS:

Consistent with the Court's order of March 4, 2015, the Comptroller files this report. The parties have reached an agreement and are in the process of obtaining signatures on the settlement agreement. They have undertaken to file a motion to dismiss the appeal once payment of the settlement amount is issued through the Comptroller's fraud-waste-and-abuse process and has been cashed by the plaintiff. The Comptroller asks that the Court continue the abatement in place until completion of payment,

1

which could take around 45 days from the date all signatures are made to the compromise and settlement agreement.

## PRAYER

The Court should continue the abatement of the appeal until the payment issues and is cashed by the plaintiff.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Attorney General of Texas

SCOTT A. KELLER
Solicitor General


 /s/ Kristofer S. Monson
KRISTOFER S. MONSON
Assistant Solicitor General
State Bar No. 24037129

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
*kristofer.monson@texasattorneygeneral.gov*

COUNSEL FOR APPELLANTS

/s/ Doug Sigel
Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
Fax: (512) 459-6601
*doug.sigel@ryanlawllp.com*

COUNSEL FOR APPELLEE

## CERTIFICATE OF SERVICE

On April 6, 2015, this Notice was served via CaseFileXpress on:

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701

*doug.sigel@ryanlawllp.com*

COUNSEL FOR APPELLEE

/s/ Doug Sigel

Kristofer S. Monson
Office of the Attorney General
PO Box 12548 (MC 059)
Austin, Texas 78701

*kristofer.monson
@texasattorneygeneral.gov*

COUNSEL FOR APPELLANTS

/s/ Kristofer S. Monson